**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1198**

JULIET WRIGHT,

             Plaintiff - Appellant,

        v.

WILLIAMSBURG AREA MEDICAL ASSISTANCE CORPORATION (WAMAC),
a/k/a Olde Towne Medical Center,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Rebecca Beach Smith,
Chief District Judge.   (4:12-cv-00152-RBS-LRL)

Submitted: June 23, 2016              Decided: June 28, 2016

Before MOTZ, KING, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Juliet Wright, Appellant Pro Se.   Adam Kinsman, JAMES CITY
COUNTY ATTORNEY, Williamsburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juliet Wright seeks to appeal the district court's order denying her second motion to reconsider the dismissal of her civil action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on January 22, 2016. The notice of appeal was filed on February 23, 2016. Because Wright failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal and deny her motion to appoint counsel as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED